Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY, | ) Case No. 3:10-cv-01170-MMA-AJB |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| FREDERICK J. HANNA & | ) |
| ASSOCIATES, P.C., | ) |
| | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this entire matter, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 13th day of December, 2010

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Tyler E. Folck
    Kronick Moskowitz Tiedemann & Girard
    Attorney for Defendant

Stipulation to Dismiss- 1

958091.1

1

2

3  Filed electronically on this 13th day of December, 2010, with:

4  United States District Court CM/ECF system

5

6  Notification sent electronically via the Court's ECF system to:

7  June D. Coleman
8  Kronick, Moskovitz, Tiedemann & Girard
   400 Capitol Mall
9  27th Floor
10 Sacramento, CA 95814

11
   Tyler E. Folck
12 Kronick Moskowitz Tiedemann & Girard
   400 Capitol Mall
13 27th Floor
14 Sacramento, CA 95814

15
   This 13th day of December, 2010.
16

17 s/Todd M. Friedman
   Todd M. Friedman
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss- 2

958091.1